UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case Number: 5:10-cv-542 –D

J & J Sports Productions, Inc.,

    Plaintiff,

vs.

**ORDER OF CLERK'S ENTRY OF DEFAULT**

Jorkay, LLC d/b/a Rudy's Pub & Grille and Michael Bruce Parent,

    Defendants.

---

THAT WHEREAS, request has been made by the Plaintiff for Clerk's Entry of Default in the above-entitled matter, as to Defendants Jorkay, LLC d/b/a Rudy's Pub & Grille and Michael Bruce Parent and it has been made to appear, upon affidavit or otherwise, that the Plaintiff's claim against the Defendants Jorkay, LLC d/b/a Rudy's Pub & Grille and Michael Bruce Parent are for damages resulting from violations of 47 U.S.C. Sections 55 and 605, and that the Defendants are otherwise subject to default judgment as provided by the Federal Rules of Civil Procedure.

NOW, THEREFORE, default is hereby entered against the Defendants Jorkay, LLC d/b/a Rudy's Pub & Grille and Michael Bruce Parent in this action, as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

This the 15th day of March, 2011.

_____
Clerk of Court