UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case Number: 5:10-cv-542

J & J Sports Productions, Inc.,

        Plaintiff,

vs.

Jorkay, LLC d/b/a Rudy's Pub & Grille and
Michael Bruce Parent,

        Defendants.

SCHEDULING ORDER

For good cause shown, the Movant's Motion for Scheduling Order in this cause shall be granted; it is, therefore

ORDERED the parties to have an additional fourteen (14) days to continue their negotiations up to and including August 8, 2013; it is further

ORDERED that if the parties are unable to reach a consensual resolution by August 8, 2013, the parties shall participate in a mediated settlement conference to be concluded on or before September 7, 2013.

SO ORDERED this ___7___ day of August 2013.

James C. Dever III
Chief United States District Judge